IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CONVENTION OF STATES POLITICAL FUND,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendant. | CV 22–63–H–DWM<br><br>ORDER |

Plaintiff Convention of States Political Fund having moved unopposed for leave to have a witness appear remotely at the preliminary injunction hearing,

IT IS ORDERED that the motion (Doc. 27) is GRANTED. Parker Conover may testify via Zoom. The meeting information will be emailed to Plaintiff prior to the hearing. Plaintiff has the obligation to ensure the witness is available and able to connect at the required time.

DATED this 9th day of September, 2022.

_____
Donald W. Molloy, District Judge
United States District Court