UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CONVENTION OF STATES POLITICAL FUND,<br><br>      Plaintiff,<br><br>vs.<br><br>JEFFREY MANGAN, IN HIS OFFICIAL CAPACITY AS MONTANA COMMISSIONER OF POLITICAL PRACTICES,<br><br>      Defendant. | Case No. CV-22-063-H-DWM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Commissioner.

  Dated this 6th day of October, 2022.

         TYLER P. GILMAN, CLERK

         By: /s/ Annie Puhrmann
         Annie Puhrmann, Deputy Clerk